FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

AUG 19 2008

JAMES N. HATTEN, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JEROME CALVIN MADDOX, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:08-CV-2223-TWT |
| UNNAMED DEFENDANT, | : | |
| Defendant. | : | |

## ORDER AND OPINION

Plaintiff, Jerome Calvin Maddox, who is incarcerated at the Clayton County Jail in Jonesboro, Georgia, has filed a document which the Clerk has construed as a pro se civil rights action brought pursuant to 42 U.S.C. § 1983. However, upon review of the document, it appears that Maddox did not intend to file a civil rights action at this time. In the document, Maddox does not specify any particular action by a party that violated his constitutional rights. Instead, it appears that Maddox may be attempting to file the document in his criminal proceedings in the Clayton County Superior Court.

AO 72A
(Rev.8/82)

Accordingly, the Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the instant action and forward the proper forms for filing a civil rights action to Maddox together with a copy of this Order.

**IT IS SO ORDERED** this _19_ day of _august_, 2008.

_/s/ Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)